Arik James Usher / 5038815
Name and Prisoner/Booking Number

Pennington County Jail
Place of Confinement

307 Saint Joseph Street
Mailing Address

Rapid City, S.D., 57701
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
Western _____ DIVISION

Arik James Usher          ,
(Full Name of Plaintiff)

Plaintiff,

vs.

Pennington County Sheriff Brian Mueller ,

Pennington County 24-7 program ,

Administrator Lucas Oyler        ,

_____ ,

(Full Name of Each Defendant)

Defendants.

Case No. 5:26-cv-5042
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Arik James Usher
   Present mailing address: 307 Saint Joseph Street Rapid City, S.D., 57701
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: 24/7 / Rapid City

---

DSD 01-11

**CIVIL RIGHTS COMPLAINT**

Page 1 of 7

50388815

3. Name of first Defendant: _Lucas Oyler_ . The first Defendant is employed as: _Administrator_ at _Pennington County Sheriff's_ .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _By placing me under arrest for not having Fund's for 24/7 program_ .

4. Name of second Defendant: _Pennington County ET AL_ . The second Defendant is employed as: _24/7 Program_ at _Pennington County_ .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____
   _____ .

5. Name of third Defendant: _____ . The third Defendant is employed as:
   _____ at _____ .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____
   _____ .

6. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
   _____ at _____ .
   (Position and Title)                              (Institution)
   This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____
   _____ .

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If your answer is "yes," how many lawsuits have you filed? _____ . Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____

Defendants: _____

_____

b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

_____

c.  Case or docket number: _____

d.  Claims raised: _____

_____

e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

f.  Approximate date lawsuit was filed: _____

g.  Approximate date of disposition: _____

4.  Second prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

_____

    c.  Case or docket number: _____

    d.  Claims raised: _____

_____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____

5.  Third prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

_____

    c.  Case or docket number: _____

    d.  Claims raised: _____

_____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

_____

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   <u>Being Placed in Jail for Not having the $10⁰⁰ for Program fee</u>

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care    ☐ Access to the court    ☐ Mail
   ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☐ Property
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: <u>24/7 Program</u>

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   <u>I got placed in Jail Multiple times due to having insufficient funds for the 24/7 program. It caused me to lose my Job, My place to live, and I lost Probation, and it caused me to go to prison.</u>

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   <u>I lost home, Job, and Freedom because of 24/7 program, and Not having the money for this program.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. <u>There isn't any remedy for 24/7 program just incarceration</u>

---

**CIVIL RIGHTS COMPLAINT**

DSD 01-11                                                                 Page 4 of 7

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

I would like compensation for something that was beyond my control for lack of funds. I would like justice done due to loss of time from being locked up.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 14, 2026___     _____
                  DATE                      SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

Ariz Janes Usha
Pennington County Jail
Cell Block #10 Cell #16
307 Saint Joseph Street
Rapid City, S.D., 57701

RAPID CITY SD 577

15 APR 2026 AM 1 L

quadient

FIRST-CLASS MAIL
IMI
$001.03
04/15/2026  ZIP 57701
043M32205448

US POSTAGE

X-RAYED BY
SOUTH DAKOTA
CSU

Clerks office, U.S. District Court
Andrew W. Bogue Federal Building
And United States Courthouse
515 Ninth Street, Room 302
Rapid City, S.D., 57701

Legal Mail

57701-267377